**TO BE ELECTRONICALLY FILED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

| | |
|---|---|
| **BENNIE L. HART,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | **Case No. 3:16-cv-00092-GFVT** |
| ) | |
| ) | |
| **GREG THOMAS, in his official capacity as** ) | |
| **Secretary of the Kentucky Transportation** ) | |
| **Cabinet,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## NOTICE OF FILING

Comes now the Defendant Greg Thomas, by special appearance, in his official capacity as Secretary of the Kentucky Transportation Cabinet, by counsel, and certifies that the Answer filed by Electronic Filing was served by electronic mail and by U.S. Mail, First Class, postage prepaid, to the following counsel non-CM/ECF participants:

Patrick C. Elliott, Esq.
Rebecca S. Markert, Esq.
Freedom From Religion Foundation
10 N. Henry St.
Madison, WI 53703
patrick@ffrf.org
rmarkert@ffrf.org
Attorneys for Plaintiff

/s/ *Paul Kevin Moore*
PAUL KEVIN MOORE, Esq.
Executive Director/General Counsel
MATTHEW D. HENDERSON, Esq.
Deputy Executive Director
WILLIAM H. FOGLE, Esq.
Kentucky Transportation Cabinet
Office of Legal Services
200 Mero St.
Frankfort, KY  40601
Tele: 502-564-7650
Email: kevin.moore@ky.gov
        matt.henderson@ky.gov
        william.fogle@ky.gov

*Counsel for Defendant Greg Thomas, in his official capacity as Secretary of the Kentucky Transportation Cabinet*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of December, 2016, I electronically filed the foregoing document through the CM/ECF system with the clerk, which will send a notice of electronic filing to the following:

William E. Sharp, Esq.
Legal Director
American Civil Liberties Union of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Counsel for Plaintiffs*

I further certify that I mailed the foregoing document by First Class Mail to the following non-CM/ECF participants:

Patrick C. Elliott, Esq.
Rebecca S. Market, Esq.
Freedom From Religion Foundation
10 N. Henry St.
Madison, WI 53703
*Counsel for Plaintiffs*

*/s/ Paul Kevin Moore*
Hon. Paul Kevin Moore