UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| BENNIE L. HART | ) | |
| | ) | ELECTRONICALLY FILED |
| PLAINTIFF, | ) | |
| | ) | CASE NO. 3:16-cv-00092-GFVT |
| vs. | ) | |
| | ) | |
| GREG THOMAS, in his official capacity as Secretary of the Kentucky Transportation Department | ) ) ) | |
| | ) | |
| DEFENDANT | ) | |

### NOTICE OF APPEARANCE

Comes Amy D. Cubbage, Interim Legal Director, ACLU of Kentucky Foundation, Inc., and hereby enters her appearance as counsel of record on behalf of Plaintiff, Bennie L. Hart.

All future pleadings, orders and filings in this matter should accordingly be served upon the undersigned counsel of record.

Respectfully submitted,

/s/ *Amy D. Cubbage*
AMY D. CUBBAGE
Interim Legal Director
ACLU of Kentucky Foundation, Inc.
401 West Main Street, Suite 1200
Louisville, KY 40202
Telephone: (502) 583-7400
Email: *ACubbage@AckersonLegal.com*

***Counsel for Plaintiff***

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on October 16, 2017 using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

/s/ *Amy D. Cubbage*
**Counsel for Plaintiff**