UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| **BENNIE L. HART** ) | |
| ) | **ELECTRONICALLY FILED** |
|     **PLAINTIFF** ) | |
| ) | **CASE NO. 3:16-cv-00092-GFVT** |
| vs. ) | |
| ) | |
| **GREG THOMAS, in his official** ) | |
| **capacity as Secretary of the Kentucky** ) | |
| **Transportation Department** ) | |
| ) | |
|     **DEFENDANT** ) | |

**NOTICE OF APPEARANCE**

Comes Heather L. Gatnarek, Legal Fellow, ACLU of Kentucky Foundation, Inc., and hereby enters her appearance as counsel of record on behalf of Plaintiff, Bennie L. Hart.

All future pleadings, orders, and filings in this matter should accordingly be served upon the undersigned counsel of record.

                                        Respectfully submitted,

                                        /s/ *Heather L. Gatnarek*
                                        HEATHER L. GATNAREK
                                        Legal Fellow
                                        ACLU of Kentucky Foundation, Inc.
                                        315 Guthrie St. Suite 300
                                        Louisville, KY 40202
                                        Telephone: (502) 581-9746
                                        Email: heather@aclu-ky.org

                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on October 16, 2017, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

/s/ *Heather L. Gatnarek*
***Counsel for Plaintiff***