UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

BENNIE L. HART,

Plaintiff,

V.

GREG THOMAS, in his official capacity as Secretary of the Kentucky Transportation Cabinet,

Defendant.

Civil No. 3:16-cv-00092-GFVT

**ORDER**

*** *** *** ***

Upon the motion to withdraw as counsel by William Sharp for the Plaintiff [R. 22], his representation that he complied with Local Rule 83.6, and the Court being otherwise sufficiently advised:

The appearance of William E. Sharp is **WITHDRAWN** in this matter and electronic notifications of filings to Mr. Sharp are **TERMINATED**. [R. 22.]

This the 1st day of November, 2017.

Gregory F. Van Tatenhove
United States District Judge