**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **BENNIE L. HART,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | Case No. 3:16-cv-00092-GFVT |
| ) | |
| ) | |
| **GREG THOMAS, in his official capacity as** ) | |
| **Secretary of the Kentucky Transportation** ) | |
| **Cabinet,** ) | |
| ) | |
| **DEFENDANT.** ) | |

**ENTRY OF APPEARANCE**

Comes the undersigned, the Hon. Kyle W. Ray, and in accordance with LR 83.6(b), hereby enters his appearance as co-counsel for the Defendant, Greg Thomas, in his official capacity as Secretary of the Kentucky Transportation Cabinet, in the above-styled action. The undersigned respectfully requests that he be added to the Court's and Plaintiff's certificate of service and copies of all future notices, orders, pleadings, filings and/or correspondence be sent to the Hon. Kyle W. Ray at the address and contact information detailed below.

The Hon. Paul Kevin Moore and Hon. William H. Fogle will continue to serve as co-counsel for Defendant. Greg Thomas, in his official capacity as Secretary of the Kentucky Transportation Cabinet. It is respectfully requested that Mr. Moore and Mr. Fogle remain on the Court's and Plaintiff's certificate of service and continue to receive copies of all future notices, orders, pleadings, filings and/or correspondence.

Respectfully submitted,

/s/ *Kyle W. Ray*
Kyle W. Ray, Esq.
Kentucky Transportation Cabinet
District Seven
Staff Attorney III
P.O. Box 11127
Lexington, KY 40512
Tele: 859-246-2355
Email: kyle.ray@ky.gov
*Co-counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2018, I electronically filed the foregoing document through the CM/ECF system with the Clerk, which will send notice of electronic filing to the following:

/s/ *Kyle W. Ray*
Kyle W. Ray, Esq.
Kentucky Transportation Cabinet
District Seven
Staff Attorney III
P.O. Box 11127
Lexington, KY 40512
Tele: 859-246-2355
Email: kyle.ray@ky.gov