UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| **BENNIE L. HART** ) | |
| ) | **ELECTRONICALLY FILED** |
| **PLAINTIFF** ) | |
| ) | **CASE NO. 3:16-cv-00092-GFVT** |
| vs. ) | |
| ) | |
| **GREG THOMAS, in his official** ) | |
| **capacity as Secretary of the Kentucky** ) | |
| **Transportation Department** ) | |
| ) | |
| **DEFENDANT** ) | |

### NOTICE OF APPEARANCE

Comes Corey M. Shapiro, Legal Director, ACLU of Kentucky Foundation, Inc., and hereby enters his appearance as counsel of record on behalf of Plaintiff, Bennie L. Hart.

All future pleadings, orders, and filings in this matter should accordingly be served upon the undersigned counsel of record.

Dated: June 12, 2018

                                              Respectfully submitted,

                                              /s/ *Corey M. Shapiro*
                                              COREY M. SHAPIRO
                                              Legal Director
                                              ACLU of Kentucky Foundation, Inc.
                                              315 Guthrie St. Suite 300
                                              Louisville, KY 40202
                                              Telephone: (502) 581-9746
                                              Email: corey@aclu-ky.org

                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on June 12, 2018, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*/s/ Corey M. Shapiro*
***Counsel for Plaintiff***