IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| BENNIE L. HART,<br><br>  Plaintiff,<br><br>v.<br><br>GREG THOMAS, in his official capacity As Secretary of the Kentucky Transportation Cabinet,<br><br>  Defendant. | Case No.: 3:16-cv-00092-GFVT<br><br>*Electronically Filed* |

### ORDER

Motion having been made and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion to permit Amy D. Cubbage's withdrawal as counsel for Plaintiffs in this matter is **GRANTED.**

This the 21st day of June, 2018.



Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge

This instrument prepared by:

/s/ Amy D. Cubbage
Amy D. Cubbage
401 W. Main Street, Suite 1200
Louisville, KY 40202
(502) 585-7400
ACubbage@AckersonLegal.com