**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **BENNIE L. HART,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | Case No. 3:16-cv-00092-GFVT |
| ) | |
| ) | |
| **GREG THOMAS, in his official capacity as** ) | |
| **Secretary of the Kentucky Transportation** ) | |
| **Cabinet,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## AGREED ORDER

In accordance with LR 7.1(b) and by agreement of the Parties, as evidenced by the signatures of their respective counsel below; And the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED:**

1. That the deadline for the completion of fact discovery is extended from November 1, 2018 to January 2, 2019;

2. That the deadline for the Plaintiff to make all expert disclosures required by Rule 26(a)(2) is extended from December 3, 2018 to January 7, 2019; and

3. That the deadline for the Defendant to make all expert disclosures required by Rule 26(a)(2) is extended from January 1, 2019 to January 15, 2019.

HAVE SEEN AND AGREED TO:
TO BE ENTERED:

*/s/ Corey M. Shapiro (with permission)*
Hon. Corey M. Shapiro
Hon. Heather L. Gatnarek
ACLU of Kentucky Foundation, Inc.
315 Guthrie Street, Suite 300
Louisville, KY 40202
corey@aclu-ky.org
heather@aclu-ky.org
and
Hon. Patrick C. Elliott
Hon. Rebecca S. Markert
Freedom From Religion Foundation
10 N. Henry Street
Madison, WI 53703
patrick@ffrf.org
markert@ffrf.org
*Counselors for the Plaintiff*

*/s/ Kyle W. Ray*
Hon. Kyle W. Ray
Kentucky Transportation Cabinet
800 Newtown Court
Lexington, KY 40511
kyle.ray@ky.gov
and
Hon. Paul Kevin Moore
Executive Director/General Counsel
Hon. William Fogle
Kentucky Transportation Cabinet
Office of Legal Services
200 Mero Street
Frankfort, KY 40601
kevin.moore@ky.gov
william.fogle@ky.gov
*Counselors for the Defendant*


So Ordered this _____ day of _____, 2018


_____
JUDGE