**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT**

| | |
|---|---|
| BENNIE L. HART,<br><br>            Plaintiff,<br><br>       v.<br><br>GREG THOMAS, in his official capacity<br>As Secretary of the Kentucky Transportation<br>Cabinet,<br><br>            Defendant. | Case No.: 3:16-cv-00092-GFVT |

**NOTICE OF CHANGE OF ADDRESS**

Undersigned counsel for Plaintiff, Corey Shapiro and Heather Gatnarek, hereby notify this Court that their mailing address has changed. Mr. Shapiro and Ms. Gatnarek may now be reached at the following mailing address: **325 W. Main Street, Suite 2210, Louisville, KY 40202**. All other contact info (telephone number, fax number, and email addresses) remain the same.

Dated: January 7, 2019

Respectfully submitted,

s/ Heather L. Gatnarek
Corey M. Shapiro
Heather L. Gatnarek
ACLU OF KENTUCKY FOUNDATION, INC.
325 W. Main St. Suite 2210
Louisville, Kentucky 40202
(502) 581-9746
corey@aclu-ky.org
heather@aclu-ky.org

## CERTIFICATE OF SERVICE

I certify that on January 7, 2019, I filed this Notice of Change of Address with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Paul Kevin Moore
Kyle W. Ray
William H. Fogle
Kentucky Transportation Cabinet
Office of Legal Services
200 Mero Street
Frankfort, KY 40601
(502) 564-7650
kevin.moore@ky.gov
kyle.ray@ky.gov
william.fogle@ky.gov

*Counsel for Defendant*

s/ Heather L. Gatnarek
*Counsel for Plaintiffs*
