TO BE ELECTRONICALLY FILED

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### FRANKFORT

| | |
|---|---|
| BENNIE L. HART, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )   Case No. 3:16-cv-00092-GFVT |
| | ) |
| | ) |
| GREG THOMAS, in his official capacity as Secretary of the Kentucky Transportation Cabinet, | ) ) ) ) |
| | ) |
| DEFENDANT. | ) |

## AMENDED NOTICE OF DEPOSITION

Please take notice that on **Wednesday, January 30, 2019 at 1:00 p.m. ET**, at the office of the Kentucky Transportation Cabinet, District 6, 421 Buttermilk Pike, Covington, KY 41017, the Defendant, Greg Thomas, in his official capacity as Secretary of the Kentucky Transportation Cabinet, by counsel, and in accordance with the Federal Rules of Civil Procedure, will take the deposition of the Plaintiff, Bennie L. Hart. Said deposition will be recorded stenographically for any purpose permitted and consistent with the Federal Rules of Civil Procedure. The deposition will continue from day to day until completed.

Respectfully submitted,

/s/ *Paul Kevin Moore*
PAUL KEVIN MOORE, Esq.
Executive Director/General Counsel
WILLIAM H. FOGLE
KYLE W. RAY
200 Mero St.
Frankfort, KY 40601

>Telephone: 502-564-7650
>Email: kevin.moore@ky.gov
>william.fogle@ky.gov
>Email: kyle.ray@ky.gov
>*Counselors for the Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of January, 2019, I electronically filed the foregoing document through the CM/ECF system with the clerk, which will send a notice of electronic filing to the following:

Hon. Corey M. Shapiro
Hon. Heather L. Gatnarek
ACLU of Kentucky Foundation, Inc.
325 W. Main Street, Ste. 2210
Louisville, KY 40202
corey@aclu-ky.org
heather@aclu-ky.org

and

Hon. Patrick C. Elliott
Hon. Rebecca S. Markert
Freedom From Religion Foundation
10 N. Henry Street
Madison, WI 53703
patrick@ffrf.org
markert@ffrf.org
*Counselors for the Plaintiff*

And to the following as noted below:

Via Electronic Mail:

Kentuckiana Court Reporters
730 West Main Street | Suite 101 | Louisville, KY 40202
(877) 808-5856 | (502) 589-2273 | F (502) 589-2273
www.kentuckianareporters.com

>/s/ *Paul Kevin Moore*
>PAUL KEVIN MOORE, Esq.
>Executive Director/General Counsel
>Kentucky Transportation Cabinet
>Office of Legal Services
>200 Mero St.
>Frankfort, KY  40601
>Telephone: 502-564-7650
>Email: kevin.moore@ky.gov