**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

| | |
|---|---|
| BENNIE L. HART,<br><br>         Plaintiff,<br><br>v.<br><br>GREG THOMAS, in this official capacity as Secretary of the Kentucky Transportation Cabinet,<br><br>         Defendant. | Case No. 3:16cv00092-GFVT<br><br>*Electronically Filed* |

## MOTION TO WITHDRAW

  Pursuant to LR 83.6, Colin E. McNamara respectfully moves this Court to permit him to withdraw his appearance as counsel for the Plaintiff in the above-styled action. In support thereof, he states that effective September 9, 2019, he will be employed by the American Humanist Association and will no longer be an employee of the Freedom From Religion Foundation. Plaintiff Bennie L. Hart will continue to be represented by the attorneys Patrick C. Elliott, Rebecca S. Markert, Heather L. Gatnarek, and Corey M. Shapiro who have all entered their appearances in this case. Plaintiff has been notified of this withdrawal and consents to it.

                   Respectfully submitted,
                   <u>/s/ Colin E. McNamara</u>
                   Colin E. McNamara
                   Freedom From Religion Foundation
                   10 N. Henry St.
                   Madison, WI 53701
                   colin@ffrf.org
                   (608) 256-8900

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Colin E. McNamara
Colin E. McNamara