Eastern District of Kentucky
**FILED**

**AUG 29 2019**

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

BENNIE L. HART,

         Plaintiff,

v.

GREG THOMAS, in this official capacity as Secretary of the Kentucky Transportation Cabinet,

         Defendant.

Case No. 3:16cv00092-GFVT

## ORDER

Motion having been made and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the motion to permit Colin E. McNamara's withdrawal as counsel in this action is **GRANTED**.

Signed August 29, 2019.



Signed By:
Edward B. Atkins  *EBA*
United States Magistrate Judge