UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| BENNIE L. HART, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:16-cv-00092-GFVT-EBA |
| | ) | |
| v. | ) | |
| | ) | |
| GREG THOMAS, in his official capacity as | ) | **JUDGMENT** |
| Secretary of the Transportation Cabinet, | ) | |
| | ) | |
| Defendants. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Bennie L. Hart's Motion for Summary Judgment **[R. 49]** is **GRANTED**;

3. Judgment is **ENTERED** in favor of Plaintiff;

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 13th day of November, 2019.

Gregory F. Van Tatenhove
United States District Judge