UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| BENNIE L. HART, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 3:16-cv-00092-GFVT |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| GREG THOMAS, in his official capacity as the Secretary of the Kentucky Transportation Cabinet, | ) ) ) | |
| | ) | |
| Defendant. | | |

*** *** *** ***

This matter is before the Court upon Defendant's Motion for Extension of Time. [R. 67.] On November 13, 2019, this Court granted Plaintiff Bennie L. Hart's Motion for Summary Judgment. [R. 63.] Pursuant to Federal Rule of Appellate Procedure 4, Defendant's time to file an appeal expired on December 13, 2019, the same day the instant motion was filed. [R. 67.] Mr. Thomas requests an extension of time pursuant to Rule 4(a)(5)(A) in light of the change of administrations occurring in Kentucky following the recent gubernatorial election. Mr. Hart does not oppose this motion.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** that Defendant Greg Thomas's Motion for Extension of Time [**R. 67**] is **GRANTED**. Mr. Thomas shall have up to and including **Friday, January 3, 2020** to file his notice of appeal.

This the 20th day of December, 2019.

Gregory F. Van Tatenhove
United States District Judge