UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CIVIL ACTION NO. 3:16-cv-00092-GFVT

BENNIE L. HART,                                                                           PLAINTIFF,

v.

GREG THOMAS, in his official capacity
as Secretary of the Transportation Cabinet,                                  DEFENDANT.

## CLERK'S TAXATION OF COSTS

This matter is before the Clerk of Court pursuant to a Bill of Costs [Record #66] tendered by the plaintiff seeking taxation of costs incurred in the total sum of $6,726.60. Having considered the Bill of Costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920, the Clerk hereby reduces the Bill by the sum of $1,630.00 representing the combined fees for duplicate copies of the depositions of Rick Taylor, John-Mark Hack, Ainsley Snyder, Godwin Onodu, and Angela Noel. The Bill is further reduced by the sum of $21.85 for the combined shipping and handling fees for the deposition transcripts of Stephanie Williams and Matt Henderson.

All other costs are granted in their entirety.

**NOW, THEREFORE,** costs are taxed in favor of the plaintiff against the defendant in the amount of $5,074.75.

So taxed by the Clerk of Court and included in the judgment on this 12th day of February, 2020.

2

s/Robert R. Carr_____
ROBERT R. CARR, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
